# IN THE UNITED STATE DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | CRIMINAL NO. 3:21-CR-402 |
| v. § | |
| § | |
| KENVIONE RAYSHUN OVERTON, § | |
| § | |
| Defendant. | |

## MEMORANDUM OPINION AND ORDER

Before the Court is defendant Kenvione Rayshun Overton's motion to dismiss the indictment against him on grounds that it fails to state an offense that may be constitutionally prosecuted. [Doc. No. 22]. As Overton concedes, this argument is foreclosed by Fifth Circuit precedent. Accordingly, the Court **DENIES** the motion.

**IT IS SO ORDERED** this 6th day of October, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE